Cardell *v.* Lawton.

---

WILLIAM CARDELL *v.* LUCIUS LAWTON.

A petition for a new trial, on the ground of new discovered evidence, must contain, not only the names of the witnesses from whom the new discovered evidence is expected, and a statement of what that evidence is to be; but also the affidavits of the witnesses themselves, stating what their testimony will be; otherwise the petition will, on motion, be dismissed.

It is sufficient to produce the minutes of the judge, who presided at the trial of the case, or a copy of them, on the hearing upon the petition.

This was a petition for a new trial, assigning as cause the discovery of new evidence since the final trial in the case. The petition contained the names of the witnesses, from whom the newly discovered evidence was expected,—but not the affidavits of the witnesses, stating their testimony, nor the minutes of the judge who presided at the trial. The petitionee filed a motion to dismiss the petition for these reasons.

BY THE COURT. The petition should not only have contained the names of the witnesses from whom the newly discovered evidence was expected, and the statement of what that testimony was expected to be, but also the affidavits of the witnesses, stating what their testimony would be; and the new trial, if granted at all, must be granted upon the new discovered evidence thus stated in the petition, and could not be granted upon newly discovered evidence shown at the hearing, unless stated in the petition. For this cause the petition in this case must be dismissed.

It is sufficient to produce the minutes of the judge who presided at the trial, or a copy of them, on the hearing upon the petition.